371 A.2d 1306

Hill et vir, Appellants, v. Venezia.

Argued November 15, 1976. John J. Morgan, with him Evans, Ivory & Evans, for appellants; Richard J. Mills, with him David H. Patterson, for appellee.

Judgment affirmed.

WATKINS, P. J., absent.

371 A.2d 1307

Hummer Appeal.

Argued November 8, 1976. Harvey R. Robinson, for appellant; John G. Good, Jr., with him Luce, Good & Tosh, for appellee.

Order affirmed.